## LOGA v CLEVELAND (City)

Ohio Appeals, 8th Dist, Cuyahoga Co
No 10,872.   Decided Dec 15, 1930

Locher, Green & Woods, Cleveland, for Loga.

Norman A. Ryan, Cleveland, for City.

Statement of facts will be found in opinion.

LEVINE, J.

The plaintiff in error was convicted in the Municipal Court for a violation of the ordinance of the City of Cleveland which prohibits careless and reckless driving.

It appears that the defendant was operating a motor vehicle west on Clark Avenue; that when he reached a point in the neighborhood of West 83rd Street, his car suddenly turned from the north side of the street to the south side, striking a horse drawn wagon and then swerving and running into a motor vehicle parked at the curb. This collision resulted most seriously, as a fellow employee who was riding in plaintiff in error's car lost his life as a result of it.

There is no claim anywhere that the plaintiff in error had exceeded the speed limit or that a presumption of negligence arose against him because he exceeded a certain speed limit. Plaintiff in error gave his version as to how it occurred. He stated "that the steering apparatus of the car began to shimmy and resisted control from the steering wheel and that it was impossible for him to guide or direct it", and that in consequence thereof it ran across the road and collided in the manner above described.

It is a rudimentary principle of law even in civil cases that negligence cannot be inferred from the mere happening of an accident. Unfortunately plaintiff in error's car was wrecked after the collision and it was, therefore, impossible by examination to determine the correctness of his statement concerning the steering apparatus. There is nothing in the record to controvert plaintiff in error's statement as to how the accident occurred.

We hold, therefore, that the evidence is insufficient in law to convict plaintiff in error of the offense of careless driving.

The judgment of the Municipal Court is, therefore, ordered reversed and the case remanded for a new trial.

Vickery, PJ, and Weygandt, J, concur.

## UNION TRUST CO v BROADWAY HOUSE WRECKING CO

Ohio Appeals, 8th Dist, Cuyahoga Co
No 11019.   Decided Feb. 2, 1931

Oliver Stamper and Frank Wilke, both of Cleveland, for Trust Co.

Ezra Shapiro, Cleveland, for Wrecking Co.

MIDDLETON, PJ (4th Dist), CROW & JUSTICE, JJ (3rd Dist) sitting.

The facts will be found in the opinion.

BY THE COURT

The record in this proceeding discloses that the plaintiff below offered direct and positive evidence in the trial court to support all the essential and determinative facts necessary to recover the judgment. There was evidence tending to prove that the trust company was the escrow agent of the plaintiff for pay and that it failed to follow the instructions of the plaintiff regarding the mortgage complained of and that as a result of such failure the note secured by the mortgage as prepared by the trust company was of no value, but that had it been prepared as directed the note would have been worth the consideration named therein.

While there is a conflict in the evidence on all the issues in the case, that fact does not justify this court in interfering with the judgment. The judgment is affirmed.

Middleton, PJ, Crow and Justice, JJ, concur.